Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
16, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed June 16, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00516-CV

____________

 

IN RE LETHA MARIE SAMS, LETHA SAMS, ESTATE OF VIOLA A.
GOODMAN, VIOLA GOODMAN, AND BARBARA SHINER, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
5, 2009, relators, Letha Marie Sams, Letha Sams, Estate of Viola A. Goodman,
Viola Goodman, and Barbara Shiner, filed a petition for writ of mandamus in
this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relators complain of actions by the
Honorable Robin Brown, presiding judge of County Criminal Court at Law No. 12
of Harris County.  

Relators
have not established their entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relators= petition for writ of mandamus.

PER CURIAM

 

Panel consists of Justices Seymore,
Brown, and Sullivan.